## Whitehead & Hoag Company, Appellee, v. John L. Donovan, Appellant.

### Gen. No. 23,294.   (Not to be reported in full.) ·

Appeal from the Municipal Court of Chicago; the Hon. LEO J. DOYLE, Judge, presiding.   Heard in the Branch Appellate Court at the March term, 1917.   Reversed with finding of fact.   Opinion filed April 16, 1918.

### Statement of the Case.

Action by the Whitehead & Hoag Company, a corporation, plaintiff, against John L. Donovan, defendant, to recover for goods sold and delivered.   From a judgment for plaintiff, defendant appeals.

WILLIAM M. JOHNSON, for appellant.

EDWARD L. ENGLAND, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

ASSOCIATIONS—*when member not individually liable on debt.*   In an action to recover for goods sold and delivered, where the evidence shows that the goods were ordered in the name of a voluntary association of a committee of which defendant was chairman, that they were charged to the association on plaintiff's books, were used by the association and that all payments on account thereof were made by the association and so credited by plaintiff, defendant cannot be held personally liable therefor.